UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | |
|---|---|
| CONSUMERS SUPPLY DISTRIBUTING, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> TED M. BRANDS, LARRY STEINKAMP, <br><br> Defendants. | 4:17-CV-04048-KES <br><br><br> JUDGMENT OF DISMISSAL |

Pursuant to the Order Granting Plaintiff's Motion to Amend First Amended Complaint and Remand Case to State Court, it is

ORDERED, ADJUDGED, AND DECREED that the above-entitled action is dismissed without prejudice and without costs, expenses, or attorneys' fees awarded to any of the parties.

DATED this 1st day of August, 2017.

BY THE COURT:

/s/ *Karen E. Schreier*
KAREN E. SCHREIER
UNITED STATES DISTRICT JUDGE